UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
N.D., individually and on behalf :
of J.D., a child with a disability, :
:
                       Plaintiff    :                     22-CV-8895 (VSB)
:
                 -against-     :                         **ORDER**
:
NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
:
                     Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On June 22, 2023, Defendant answered Plaintiffs' complaint. (Doc. 16.) Accordingly, on June 23, 2023, I directed the parties to submit a joint letter on the status of the case and proposed case management plan by June 30, 2023. (Doc. 17.) The parties have not submitted that joint letter. Additionally, their proposed case management plan makes no provisions for discovery deadlines, provides no estimate of trial length, and does not indicate whether the parties plan to engage in any dispositive motion practice. Accordingly, by July 12, 2023, the parties shall submit the joint letter directed by my order at Doc. 17. If parties believe that a case management plan is not needed at this time, they shall explain why in that joint letter and propose alternative next steps for the adjudication of this case.

SO ORDERED.

Dated:   July 6, 2023
              New York, New York

                                                               Vernon S. Broderick
                                                               United States District Judge