UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.D., individually and on behalf of J.D., a child with a disability,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                              Defendant. | 22-CV-08895-LTS |

ORDER

N.D. ("Plaintiff"), the parent of a child with learning disabilities, brings this action against the New York City Department of Education ("Defendant" or "DOE") to recover attorneys' fees under the Individuals with Disabilities Education Act (the "IDEA"), 20 U.S.C. § 1415(i)(3). On August 15, 2024, the Court stayed this case pending the Second Circuit's decision in tandem appeals and terminated the pending motion for summary judgment without prejudice to restoration following the Circuit decision. (Docket entry no. 55 ("August 2024 Order").) On October 10, 2025, the parties filed a joint letter informing the Court of resolution of the tandem appeals. (Docket entry no. 59.) The Court subsequently lifted the stay. (Docket entry no. 59.)

The parties shall, in accordance with the August 2024 Order, file a joint letter by **February 18, 2026**, informing the Court as to whether the previous motion practice should be reinstated, whether any additional or supplemental briefing is needed, and whether a settlement conference or mediation could be helpful in resolving the outstanding issues.

SO ORDERED.

Dated: New York, New York
      February 4, 2026

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge