UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.D., individually and on behalf of J.D., a child with a disability,<br><br>        Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>        Defendant. | 22-CV-08895-LTS |

ORDER

   The Court is in receipt of the parties' joint letter, dated February 12, 2026. (Docket entry no. 65.)  The parties' request to reinstate the motion to dismiss (docket entry no. 22) is granted.  The motion is hereby reinstated as of February 18, 2026.  Plaintiff's request to submit a brief supplement on legal market rates is also granted.  Plaintiff's supplement is due by **March 4, 2026**.  Defendant's response, if any, is due by **March 11, 2026**.


   SO ORDERED.

Dated: New York, New York
   February 17, 2026

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge