UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| N.D., individually and on behalf of J.D., a child with a disability,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. |

22-CV-08895-LTS

ORDER

On March 11, 2026, Plaintiff submitted a Motion to Strike (docket entry no. 66) requesting the Court strike Defendant's Response to Plaintiff's Supplemental Letter (docket entry no. 65). In light of the Court's February 17, 2026 order (docket entry no. 63), Plaintiff's Motion to Strike is denied. Plaintiff's Motion for Summary Judgment (docket entry no. 22) is fully briefed. This Order resolves docket entry no. 66.

SO ORDERED.

Dated: New York, New York
       April 2, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge